Movant's Purchases and Losses

Sequans Communications

| Name | Date | Shares Purchased | Share Price | Total Cost | Date** | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Nalakonda, Venugopal (ADR) | 07/07/2011 | 1,365 | $16.91 | $23,082.15 | held | 11,415 | $5.87 | $66,959.92 | |
| Nalakonda, Venugopal (ADR) | 07/07/2011 | 2,000 | $17.00 | $34,000.00 | | | | | |
| Nalakonda, Venugopal (ADR) | 07/07/2011 | 2,000 | $17.09 | $34,180.00 | | | | | |
| Nalakonda, Venugopal (ADR) | 07/07/2011 | 2,500 | $17.05 | $42,625.00 | | | | | |
| Nalakonda, Venugopal (ADR) | 07/08/2011 | 550 | $15.74 | $8,657.00 | | | | | |
| Nalakonda, Venugopal (ADR) | 07/08/2011 | 1,500 | $15.85 | $23,775.00 | | | | | |
| Nalakonda, Venugopal (ADR) | 07/08/2011 | 1,500 | $15.93 | $23,895.00 | | | | | |
| Nalakonda, Venugopal (ADR) | | 11,415 | | $190,214.15 | | 11,415 | | $66,959.92 | ($123,254.23) |
| Auyeung, Dave (ADR) | 06/08/2011 | 50 | $14.14 | $707.00 | 06/08/2011 | 10 | $14.00 | $140.00 | |
| Auyeung, Dave (ADR) | 06/08/2011 | 50 | $14.15 | $707.50 | 06/09/2011 | 400 | $13.77 | $5,506.00 | |
| Auyeung, Dave (ADR) | 06/08/2011 | 50 | $14.16 | $708.00 | 07/28/2011 | 115 | $9.53 | $1,095.96 | |
| Auyeung, Dave (ADR) | 06/08/2011 | 260 | $13.96 | $3,629.39 | 07/28/2011 | 115 | $9.53 | $1,095.96 | |
| Auyeung, Dave (ADR) | 06/08/2011 | 2,100 | $13.99 | $29,377.32 | 07/28/2011 | 115 | $9.52 | $1,094.81 | |
| Auyeung, Dave (ADR) | 06/08/2011 | 2,300 | $13.96 | $32,106.83 | 07/28/2011 | 2,370 | $9.33 | $22,112.10 | |
| Auyeung, Dave (ADR) | 06/08/2011 | 3,040 | $13.99 | $42,522.00 | 07/28/2011 | 2,630 | $9.65 | $25,379.50 | |
| Auyeung, Dave (ADR) | 06/08/2011 | 7,600 | $14.10 | $107,159.66 | 07/28/2011 | 5,100 | $9.50 | $48,450.00 | |
| Auyeung, Dave (ADR) | 06/10/2011 | 110 | $12.94 | $1,423.39 | 07/28/2011 | 10,000 | $9.24 | $92,429.80 | |
| Auyeung, Dave (ADR) | 06/13/2011 | 5,100 | $12.78 | $65,177.49 | | | | | |
| Auyeung, Dave (ADR) | 06/14/2011 | 195 | $14.35 | $2,798.25 | | | | | |
| Auyeung, Dave (ADR) | | 20,855 | | $286,316.83 | | 20,855 | | $197,304.13 | ($89,012.69) |
| Raines, Joseph (ADR) | 05/26/2011 | 11,111 | $13.62 | $151,331.82 | 05/31/2011 | 11,111 | $16.39 | $182,109.29 | |
| Raines, Joseph (ADR) | 06/06/2011 | 11,288 | $15.99 | $180,495.12 | 06/14/2011 | 11,288 | $14.08 | $158,935.04 | |
| Raines, Joseph (ADR) | 07/05/2011 | 8,233 | $15.79 | $129,999.07 | 07/18/2011 | 8,233 | $14.23 | $117,155.59 | |
| Raines, Joseph (ADR) | 07/27/2011 | 8,038 | $14.70 | $118,158.60 | 08/05/2011 | 390 | $7.52 | $2,933.93 | |
| Raines, Joseph (ADR) | | | | | held | 7,648 | $5.87 | $44,862.85 | |
| Raines, Joseph (ADR) | | 38,670 | | $579,984.61 | | 38,670 | | $505,996.70 | ($73,987.91) |
| Movants' Total | | 70,940 | | $1,056,515.59 | | 70,940 | | $770,260.76 | ($286,254.83) |

*For ADRs held at the end of the class period, damages are calculated by multiplying the ADRs held by the average ADR price during the 90 calendar days after the end of the class period. The price used is $5.87 as of October 25, 2011.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.