# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by Robbins Geller, retains Robbins Geller Rudman & Dowd LLP ("Robbins Geller") to file an action under the federal securities laws to recover damages and to seek other relief against **Sequans Communications S.A.** ("Sequans"). Robbins Geller will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Sequans Communications S.A. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by Robbins Geller.

First name:   venugopal
Last name:    nalakonda
Address:
City:
State:
Zip:
Country:
Email:
Phone:

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Date Acquired | Number of Shares | Price per Share |
|---|---|---|
| 07/07/2011 | 2000 | 17.09 |
| 07/07/2011 | 2500 | 17.05 |
| 07/07/2011 | 2000 | 17.00 |
| 07/07/2011 | 1365 | 16.91 |
| 07/08/2011 | 1500 | 15.93 |
| 07/08/2011 | 1500 | 15.85 |
| 07/08/2011 | 550  | 15.74 |

## Certification for venugopal nalakonda (cont.)

7. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except if detailed below:

| | |
|---|---|
| I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate: | YES |
| By clicking on the button below, I intend to sign and execute this agreement: | YES |

Clicked to Participate in the Sequans Communications S.A. Action

Signed pursuant to California Civil Code Section 1633.1, et seq. - Uniform Electronic Transactions Act

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by Robbins Geller, retains Robbins Geller Rudman & Dowd LLP ("Robbins Geller") to file an action under the federal securities laws to recover damages and to seek other relief against **Sequans Communications S.A.** ("Sequans"). Robbins Geller will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Sequans Communications S.A. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by Robbins Geller.

| | |
|---|---|
| First name: | Joseph |
| Last name: | Raines |
| Address: | |
| City: | |
| State: | |
| Zip: | |
| Country: | |
| Email: | |
| Phone: | |

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Date Acquired | Number of Shares | Price per Share |
|---|---|---|
| 5/26/11 | 11,111 | 13.62 |
| 6/6/11 | 11,288 | 15.99 |
| 7/5/11 | 8,233 | 15.79 |
| 7/27/11 | 8,038 | 14.70 |

Sales:

| Date Sold | Number of Shares | Price per Share |
|---|---|---|
| 5/31/11 | 11,111 | 16.39 |
| 6/14/11 | 11,288 | 14.08 |

**Certification for Joseph Raines (cont.)**

| | | |
|---|---|---|
| 7/18/11 | 8,233 | 14.23 |
| 8/5/11 | 390 | 7.18 |

7. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except if detailed below:

| | |
|---|---|
| I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate: | YES |
| By clicking on the button below, I intend to sign and execute this agreement: | YES |

Clicked to Participate in the Sequans Communications S.A. Action

Signed pursuant to California Civil Code Section 1633.1, et seq. - Uniform Electronic Transactions Act

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by Robbins Geller, retains Robbins Geller Rudman & Dowd LLP ("Robbins Geller") to file an action under the federal securities laws to recover damages and to seek other relief against **Sequans Communications S.A.** ("Sequans"). Robbins Geller will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Sequans Communications S.A. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by Robbins Geller.

First name: Dave
Last name: Auyeung
Address:
City:
State:
Zip:
Country:
Email:
Phone:

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Date Acquired | Number of Shares | Price per Share |
|---|---|---|
| 6/8/2011 | 2300 | 13.95949 |
| 6/8/2011 | 7600 | 14.099955 |
| 6/8/2011 | 3040 | 13.9875 |
| 6/8/2011 | 2100 | 13.9892 |
| 6/8/2011 | 260 | 13.9592 |
| 6/8/2011 | 50 | 14.16 |
| 6/8/2011 | 50 | 14.15 |
| 6/8/2011 | 50 | 14.14 |
| 6/10/2011 | 110 | 12.9399 |
| 6/13/2011 | 5100 | 12.7799 |

**Certification for Dave Auyeung (cont.)**

| | | |
|---|---|---|
| 6/14/2011 | 195 | 14.35 |

Sales:

| Date Sold | Number of Shares | Price per Share |
|---|---|---|
| 6/8/2011 | 10 | 14 |
| 6/9/2011 | 400 | 13.765 |
| 7/28/2011 | 10000 | 9.24298 |
| 7/28/2011 | 2630 | 9.65 |
| 7/28/2011 | 2370 | 9.33 |
| 7/28/2011 | 5100 | 9.50 |
| 7/28/2011 | 115 | 9.5201 |
| 7/28/2011 | 115 | 9.5301 |
| 7/28/2011 | 115 | 9.5301 |

7. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except if detailed below:

| | |
|---|---|
| I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate: | YES |
| By clicking on the button below, I intend to sign and execute this agreement: | YES |

Clicked to Participate in the Sequans Communications S.A. Action

Signed pursuant to California Civil Code Section 1633.1, et seq. - Uniform Electronic Transactions Act