UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 9, 2014
```

------------------------------------------------- x
DONALD DEAN JOHNSON,                             :   Civil Action No. 11-cv-06341-PAC
                                                 :
                         Plaintiff,              :   CLASS ACTION
                                                 :
        vs.                                      :   [~~PROPOSED~~] ORDER AWARDING *PM*
                                                 :   ATTORNEYS' FEES AND EXPENSES
SEQUANS COMMUNICATIONS S.A., et al.,             :
                                                 :
                         Defendants.             :
                                                 :
------------------------------------------------- x

926043_1

This matter having come before the Court on April 9, 2014, on the motion of Lead Counsel for an award of attorneys' fees and expenses, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.  This Order incorporates by reference the definitions in the Settlement Agreement dated October 31, 2013 (the "Stipulation") and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2.  This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3.  The Court hereby awards Lead Counsel attorneys' fees of ~~30%~~ 20% [initialed PC] of the Settlement Fund, plus expenses in the amount of $39,345.24, together with the interest earned on both amounts for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4.  The fees and expenses shall be allocated among other counsel for any named plaintiff or the Class in a manner which, in Lead Counsel's good-faith judgment, reflects each such counsel's contribution to the institution, prosecution, and resolution of the litigation.

5. The awarded attorneys' fees and expenses and interest earned thereon, shall immediately be paid to Lead Counsel subject to the terms, conditions, and obligations of the Stipulation, and in particular ¶7.2 thereof, which terms, conditions, and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: _____April 9, 2014_____   _____/s/ Paul A. Crotty_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE